# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:20-cr-00072-JMS |
| CASE NAME: | United States of America v. Hamada Suisan Co., Ltd. |
| ATTY FOR PLA: | Marc A. Wallenstein |
| ATTY FOR DEFT: | Michael J. Nakano |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Cynthia Fazio |
| DATE: | 10/01/2020 | TIME: | 10:00 am - 10:10 am |

COURT ACTION:  EP:  Status Conference conducted by telephone conference held.

Defendant Hamada Suisan Co., Ltd., not in custody, presence waived.

Discussion held regarding Defendant's request to waive Presentence Investigation Report and other details for upcoming hearing set for 10/08/2020.

Submitted by Renee L.F. Honda, Courtroom Manager