COX, WOOTTON, LERNER, GRIFFIN & HANSEN LLP

NORMAND R. LEZY 6297
   E-Mail: nlezy@cwlfirm.com
MICHAEL J. NAKANO 6940
   E-Mail: mnakano@cwlfirm.com
Davies Pacific Center, Suite 1099
841 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 744-7020
Facsimile: (808) 354-0427

Attorneys for Defendant
HAMADA SUISAN CO. LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>HAMADA SUISAN CO. LTD. a/k/a HAMADA SUISAN KABUSHIKI KAISHA<br><br>                Defendant. | CR. NO. 20-00072 JMS<br><br>**SUBMISSION OF MINUTES OF THE BOARD OF DIRECTORS MEETING OF HAMADA SUISAN CO., LTD. DATED SEPTEMBER 30, 2020; EXHIBIT "A"; CERTIFICATE OF SERVICE** |

**SUBMISSION OF MINUTES OF THE BOARD OF
<u>DIRECTORS MEETING OF HAMADA SUISAN CO., LTD.</u>**

Submitted herewith as Exhibit A is the Minutes of the Board of

Directors Meeting of Hamada Suisan Co., Ltd. dated September 30, 2020.

DATED:  Honolulu, Hawaii, October 7, 2020.

                                                /s/ Michael J. Nakano
                                               NORMAND R. LEZY
                                               MICHAEL J. NAKANO
                                               Attorney for Defendant
                                               HAMADA SUISAN CO. LTD.

濱田水産株式会社
取締役会議事録

背景事情

　　　濱田水産株式会社（会社）の取締役会（取締役会）は、2020年9月30日、以下について協議した：

  a.　アメリカ合衆国が濱田水産株式会社を被告人として合衆国法典16編（レイシー法）3372(a)(1)節及び3373(d)(1)節違反の疑いで提出した刑事事件番号20-00072 JMSの訴追状（訴追状）；

  b.　合衆国法典16編（レイシー法）3372(a)(1)節及び3373(d)(1)節違反の嫌疑に関する捜査に関して、代理人弁護士及びハワイ州弁護士を通じて、アメリカ司法省環境犯罪部門（司法省）との間で行った議論；

  c.　司法省による捜査を解決するために提示された以下の示談契約書一式；

   （i）　　会社・司法省間の有罪答弁合意書（答弁合意書）；

   （ii）　 環境遵守計画案、環境遵守チェックリスト案及び環境遵守書式；

   （iii）　会社が、会社代表者として権限を授与された濱田眞一氏及び／又はCox Wootton Lerner Griffin & Hansen LLP のマイケル J. ナカノ弁護士及び／又はノルマンド R. レイジー弁護士及び／又はデュアン ミヤシロ弁護士に対し、会社が合衆国において司法省との間で有罪答弁を行うために必要な又は法的に可能な限りでこれを促進する書類への署名その他すべての手続をとる権限を委任するための濱田水産株式会社の取締役会議事録の内容（議事録）

   （iv）　有罪答弁合意の内容、及び刑事司法上の権利の放棄及び有罪答弁合意書に署名することによる効果に関する代理人弁護士からの助言

決議事項

　　　慎重な協議の末、取締役会は以下のとおり**決議した**：

　　　アメリカ合衆国・会社間の有罪答弁合意書の条件について代理人弁護士から取締役会に説明がなされ、取締役会はそれらの条件を理解し、ここに記載した権限移譲のための

**EXHIBIT A**

すべての手続が履践された上で、会社はそれらの条件に同意し、ハワイ地区アメリカ連邦地方裁判所に係属中の原告,アメリカ合衆国対被告,濱田水産株式会社, 刑事事件番号20-cr-00072 JMS.に関する上記有罪答弁合意書を締結する。取締役会は、本書に添付された有罪答弁合意書を締結することが会社の最善の利益に適うと判断する。

会社代表者として権限を授与された濱田眞一氏及び／又はCox Wootton Lerner Griffin & Hansen LLPのマイケル J. ナカノ弁護士及び／又はノルマンド R.レイジー弁護士及び／又はデュアン ミヤシロ弁護士は、いずれも会社を代理して有罪答弁合意書に署名する権限又は有罪答弁書の締結に必要な書面へ署名し又は手続をとる権限を授与された。

会社代表者として権限を授与された濱田眞一氏及び／又はCox Wootton Lerner Griffin & Hansen LLPのマイケル J. ナカノ弁護士及び／又はノルマンド R.レイジー弁護士及び／又はデュアン ミヤシロ弁護士は、ハワイ地区アメリカ連邦地方裁判所に出廷し、原告,アメリカ合衆国対被告,濱田水産株式会社, 刑事事件番号20-cr-00072 JMSに関し、会社を代理して有罪答弁を行う権限を授与された。

取締役会は、代理人弁護士から、会社が原告,アメリカ合衆国対被告,濱田水産株式会社,刑事事件番号20-cr-00072 JMSに関する有罪答弁書に従って有罪答弁を行おうとしている嫌疑は、大陪審による訴追ではなく、略式訴追状によって訴追されていることについて説明を受け、会社が大陪審による刑事訴追を受ける権利を有すること及びその内容を十分に理解した上で、会社は、会社代表者として権限を授与された濱田眞一氏及び／又はCox Wootton Lerner Griffin & Hansen LLPのマイケル J. ナカノ弁護士及び／又はノルマンド R.レイジー弁護士及び／又はデュアン ミヤシロ弁護士に対し、ハワイ地区アメリカ連邦地方裁判所に出廷し、大陪審による刑事訴追を受ける権利を放棄し、略式訴追状による訴追に合意する権限を授与する。

さらに以下のとおり決議した：

会社は取締役会の同意の下、本件についてCox Wootton Lerner Griffin & Hansen LLPのマイケル J. ナカノ弁護士及び／又はノルマンド R.レイジー弁護士及び／又はデュアン ミヤシロ弁護士に代理されていることを確認する。

会社は取締役会の同意の下、本件についてCox Wootton Lerner Griffin & Hansen LLPのマイケル J. ナカノ弁護士及び／又はノルマンド R.レイジー弁護士及び／又はデュアン ミヤシロ弁護士から、有罪答弁合意及び考え得る罰金、没収、刑罰その他の結果について十分に説明を受け、有罪答弁の条項、内容及び結果について理解していることを確認する。

さらに以下のとおり決議した：
取締役会が会社・アメリカ合衆国間の環境遵守プログラムの内容を読み、理解した上で、会社は、ハワイ地区アメリカ連邦地方裁判所に係属中の原告,アメリカ合衆国対被告,濱田水産株式会社, 刑事事件番号20-cr-00072 JMS.に関する有罪答弁合意に規定された上記環境

遵守プログラムの条件に同意し、これを締結することに合意する。

　　　　取締役会は、会社が有罪答弁書及び環境遵守プログラムを締結することが会社の最善の利益に適うと判断すること。

　　　　会社代表者として権限を授与された濱田眞一氏及び／又は Cox Wootton Lerner Griffin & Hansen LLP のマイケル J. ナカノ弁護士及び／又はノルマンド R. レイジー弁護士及び／又はデュアン ミヤシロ弁護士は、会社を代理して環境遵守プログラムに署名し、その条件への同意を表明することについて、すべての権限を授与されたこと。

　　　　会社代表者として権限を授与された濱田眞一氏及び／又は Cox Wootton Lerner Griffin & Hansen LLP のマイケル J. ナカノ弁護士及び／又はノルマンド R. レイジー弁護士及び／又はデュアン ミヤシロ弁護士は、判決言渡しに際し裁判所に出廷すること、会社を代理して弁論すること、会社に対する刑事訴追に対して答弁するために必要な行為を行うこと、会社を代理して裁判所による判決の言渡しを受けること及び罰金及び特別査定額について支払いを行うことについて、すべての権限を授与されたこと。

2020 年 9 月 30 日、本議事録を作成した。



代表取締役　小橋口　清人

取締役　濱田　眞一

取締役　小橋口　剛

# MINUTES OF THE BOARD OF DIRECTORS
# MEETING OF
# HAMADA SUISAN CO., LTD.

**BACKGROUND**

On September 30, 2020, the Board of Directors ("Board") of Hamada Suisan Co., Ltd. ("Corporation") considered:

a. The Information filed by the United States of America against Hamada Suisan Co. Ltd. aka "Hamada Suisan Kabushiki Kaisha", CR No. 20-00072 JMS ("Information") charging the Corporation in violation of 16 U.S.C. (the Lacey Act,) §§ 3372(a)(1) and 3373(d)(1);

b. The content of negotiations between the Corporation, through its legal counsel and the attorneys duly practicing in the State of Hawaii, and the United States Department of Justice, Environmental Crimes Section ("DOJ") regarding the investigations into the alleged criminal violations of 16 U.S.C. (the Lacey Act) §§ 3372(a)(1) and 3373(d)(1);

c. A set of documents concerning the settlement agreement as proposed to resolve the investigation by the DOJ included the following:

   (i) The draft Plea Agreement between the Corporation and the DOJ ("Plea Agreement");

   (ii) The draft of the Environmental Compliance Plan, draft of the Environmental Compliance Checklist, and the draft of the Environmental Compliance Forms;

   (iii) The content of the minutes of the Board of Directors of Hamada Suisan Co., Ltd. (the "Minutes") under which the Corporation entrusts an authority to Mr. Shinichi Hamada, who has been authorized to act as the corporate representative and/or Michael J. Nakano, Esq. and/or Normand R. Lezy, Esq. and/or Duane Miyashiro Esq. of Cox Wootton Learner Griffin and Hansen LLP, to proceed with any and all procedures on behalf of the Corporation such as executing documents that are necessary to enter into a guilty plea or to facilitate the process in so doing to the extent legally possible; and

   (iv) The advice to the Board from its legal counsel regarding the terms of the Plea Agreement, as well as the legal consequences of waiving their rights under the criminal justice system and executing the Plea Agreement.

**RESOLUTIONS**

After careful consideration, the Board **RESOLVED**:

**THAT**, the terms and conditions of the written Plea Agreement between the United States of America and the Corporation, having been explained to the Board by its counsel, and the Board understanding those terms and conditions, and all corporate formalities required for the authorizations contained herein having been observed, the Corporation hereby assents to those terms and conditions and agrees to enter into the said written Plea Agreement in that certain matter now pending in the United States District Court, District of Hawaii, entitled *United States of America, Plaintiff, v. Hamada Suisan Co., Ltd. aka "Hamada Suisan Kabushiki Kaisha," Defendant*, Cr. No. 20-cr-00072 JMS. A copy of the written Plea Agreement is attached hereto and the Board deems it in the best interests of the Corporation to enter into that Plea Agreement; and,

**THAT**, Shinichi Hamada, Authorized Representative of the Corporation and/or Michael J. Nakano of Cox, Esq. and/or Normand R. Lezy, Esq. and/or Duane Miyashiro, Esq. of Cox Wootton Lerner Griffin & Hansen LLP, each be and hereby is authorized, empowered and directed to execute the Plea Agreement on behalf of the Corporation and to execute any and all other documents and instruments, and to take any and all actions to do any and all other things necessary or incidental for the execution and entry of the Plea Agreement; and,

**THAT**, Shinichi Hamada, Authorized Representative of the Corporation and/or Michael J. Nakano, Esq. and/or Normand R. Lezy, Esq. and/or Duane Miyashiro, Esq. of Cox Wootton Lerner Griffin & Hansen LLP, be and hereby are authorized to appear before the United States District Court, District of Hawaii, and enter pleas of guilty on behalf of the Corporation in accordance with the terms of the Plea Agreement in the case entitled *United States of America, Plaintiff, v. Hamada Suisan Co., Ltd. aka "Hamada Suisan Kabushiki Kaisha," Defendant*, Cr. No. 20-cr-00072 JMS; and,

**THAT**, the Board, having been advised by its counsel that the charges to which the Corporation will plead guilty pursuant to the written Plea Agreement in the case entitled *United States of America, Plaintiff, v. Hamada Suisan Co., Ltd. aka "Hamada Suisan Kabushiki Kaisha," Defendant*, Cr. No. 20-cr-00072 JMS, are presented by Information rather than by grand jury indictment, and the Board having been advised of the Corporation's right to be charged by grand jury indictment and fully understanding that right, the Corporation hereby authorizes, directs and empowers Shinichi Hamada, Authorized Representative of the Corporation and/or Michael J. Nakano, Esq. and/or Normand R. Lezy, Esq. and/or Duane Miyashiro, Esq. of Cox Wootton Lerner Griffin & Hansen LLP, to appear before the United States District Court, District of Hawaii, and, in that case, waive the Corporation's right to be charged by grand jury indictment and consent to being charged by Information.

**AND IT WAS FURTHER RESOLVED:**

**THAT**, the Corporation, acknowledges that, with the consent of its Board, it is, and has been, represented in this matter by its counsel, Michael J. Nakano, Esq. and/or Normand R. Lezy, Esq. and/or Duane Miyashiro, Esq. of Cox Wootton Lerner Griffin & Hansen LLP; and,

**THAT**, the Corporation, with the consent of its Board, acknowledges that it has been fully informed and counseled by its attorneys in respect to the Plea Agreement and the possible fines, forfeitures, assessments, penalties and other consequences thereof, and the Corporation confirms that it understands the provisions of the Plea Agreement, their contents and consequences.

**AND IT WAS FURTHER RESOLVED:**

**THAT**, the terms and conditions of the written Environmental Compliance Program between the Corporation and the United States of America having been read and understood by the Board, the Corporation hereby assents to those terms and conditions and agrees to enter into the said written Environmental Compliance Program, as set forth in the Plea Agreement, in that certain matter pending in the United States District Court, District of Hawaii, entitled *United States of America, Plaintiff, v. Hamada Suisan Co., Ltd. aka "Hamada Suisan Kabushiki Kaisha," Defendant*, Cr. No. 20-cr-00072 JMS; and,

**THAT**, the Board deems it in the best interests of the Corporation to enter into that Plea Agreement and the Environmental Compliance Program; and,

**THAT**, Shinichi Hamada, Authorized Representative of the Corporation and/or Michael J. Nakano, Esq. and/or Normand R. Lezy, Esq. and/or Duane Miyashiro, Esq. of Cox Wootton Lerner Griffin & Hansen LLP, be and hereby are authorized, empowered and directed to execute the Environmental Compliance Program on behalf of the Corporation, thereby signifying its assent to the terms and conditions of the Environmental Compliance Program; and,

**THAT**, Shinichi Hamada, Authorized Representative of the Corporation and/or Michael J. Nakano, Esq. and/or Normand R. Lezy, Esq. and/or Duane Miyashiro, Esq. of Cox Wootton Lerner Griffin & Hansen LLP, be and hereby are authorized, to appear before the Court at the time of sentencing, to allocute on behalf of the corporation, and to do any and all things necessary to plead to the charges against the Corporation, to accept the sentence imposed by the Court on behalf of the Corporation, and to deliver payments of any and all fines and special assessments, as required.

Executed this 30th day of September, 2020.

Signature *(Kiyoto Kohashiguchi)   (Seal)*
Representative Director  Kiyoto Kobashiguchi

Signature *(Shinichi Hamada)         (Seal)*
Director  Shinichi Hamada

Signature *(Tsuyoshi Kohashiguchi) (Seal)*
Director  Tsuyoshi Kobashiguchi



www.montereylanguages.com

October 5, 2020

To whom it may concern:

I, Geirrlon Dunn, on behalf of Monterey Language Services, hereby certify that the attached English document translated by our translator, Hideyuki Takahashi, is an accurate and complete translation of the original Japanese document listed below and that Hideyuki Takahashi is a Hawaii Judiciary certified translator and is competent in Japanese and English languages to render such translation.

Resolution (Hamada Suisan Co. Ltd) – 3 pages

Geirrlon Dunn
Project Manager

Monterey Language Services, LLC is a Corporate Member in good standing of the American Translators Association (ATA).  ATA member number: 250928

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on the date noted below, a true and correct copy of the foregoing was served electronically through CM/ECF on:

| NAME | EMAIL ADDRESS |
|---|---|
| MARC A. WALLENSTEIN, ESQ. ELINOR COLBOURN, ESQ. | Marc.Wallenstein@usdoj.gov elinor.colbourn@usdoj.gov |

DATED:  Honolulu, Hawaii, October 7, 2020.

/s/ Michael J. Nakano
NORMAND R. LEZY
MICHAEL J. NAKANO
Attorney for Defendant
HAMADA SUISAN CO. LTD.